UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

YOSVANY RODRIGUEZ LOPEZ,

      Petitioner,

    v.                               Case No.:  2:26-cv-00448-SPC-DNF

KRISTI NOEM *et al.*,

      Respondents,

                                  /

## OPINION AND ORDER

Before the Court are Yosvany Rodriguez Lopez's Motion to Enforce Order Granting Habeas or Alternatively Motion to Supplement Petition and for Immediate Release or Further Relief (Doc. 9) and the government's response (Doc. 11).

Rodriguez Lopez is a noncitizen in immigration detention, and he sought habeas relief from this Court.  He claimed the government unlawfully detained him under 8 U.S.C. § 1225(b)(2), which mandates detention, rather than § 1226(a), which authorizes discretionary detention and entitles detainees to a bond hearing.  The Court agreed and ordered the respondents to either bring Rodriguez Lopez before an immigration judge for a bond hearing within 10 days or release Rodriguez Lopez from custody.

An immigration court held a bond hearing on March 10, 2026, without notice to Rodriguez Lopez's counsel and same-day notice to Rodriguez Lopez.

Counsel learned of the hearing in time to log in for a remote appearance, but she did not have time to prepare and present evidence or argument.  Counsel withdrew the bond request with the intent of requesting a new hearing.  She filed a new bond packet, but no hearing has been set.  In response, the government notes counsel would have received earlier notice if she had promptly entered her appearance in her client's EOIR case.  The government also states it stands ready to hold a new bond hearing within whatever time frame the Court deems appropriate.

Accordingly, Rodriguez Lopez's motion (Doc. 9) is **granted in part**.  The respondents shall hold another bond hearing within **10 days** of this Order.

**DONE AND ORDERED** in Fort Myers, Florida on March 20, 2026.

SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

SA: FTMP-1
Copies:  All Parties of Record

2